CAUSE NO. F1416427

THE STATE OF TEXAS   §        IN THE 202nd

VS.   §        DISTRICT COURT OF DALLAS

Larry L Borner   §        DALLAS COUNTY TEXAS.

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/13/2015 10:49:10 AM
LISA MATZ
Clerk

N O T I C E  O F  A P P E A L.

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW, Larry L Borner , DEFENDANT WITHIN
30 DAYS OF HIS CONVICTION, AND FILES THIS HIS NOTICE OF APPEAL
TO THE FIFTH DISTRICT COURT OF APPEALS ON SAID CONVICTION
IN THE ABOVE MENTIONED CAUSE NUMBER.

CONVICTION DATE: 3/25-15

EXECUTED ON THIS 2 DAY OF April , 20 15

RESPECTFULLY SUBMITTED,

Larry Borner Jr

Larry Borner Jr



NORTH TEXAS TX P&DC
DALLAS TX 750
03 APR 2015 PM 8 L

Larry Burns #1501qsss
Ray's Tower 1-F
P O Box 660774
Dallas, TX
75266

"Dist Clerk"

Frank Crowley
Curt Building

133 north river Front

Dallas, Tx 75207

7520743009B

**CAUSE NO.:** F1416427P                         203RD JDC

**THE STATE OF TEXAS**                    **DALLAS COUNTY, TEXAS**

**VS.**
LARRY LAMONT BORNER                  January    **TERM,** 2015

## MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

COMES NOW the State of Texas by and through her Criminal District Attorney and would show the Court the following:

That _____ LARRY LAMONT BORNER _____, Defendant, was duly and legally placed on probation for a period of _____ 3 _____ years in the above entitled and numbered cause in _____ 203RD JDC _____ of Dallas County, Texas, on the 18th day of August, A.D., 2014 _____ for the offense of:

### POSS CS PG 1 <1G

That the Defendant has violated the following conditions _____ r _____ of said supervision in that;

### SEE ATTACHED PAGE(S)

This violation-offense occurred after _____ 08/18/2014 _____ and during the term of Supervision.

_____

WHEREFORE, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why the Court should not revoke probation or proceed with an adjudication of guilt on the original charge.

This the 23rd day of March, A.D., 2015

```
*********************************
*                             *
*          FILED              *
*       03/23/2015            *
*       Felicia Pitre         *
*      DISTRICT CLERK         *
*     DALLAS CO., TEXAS       *
*                             *
*          DEPUTY             *
*********************************
```

Susan Hawk
District Attorney
Dallas County, Texas

BY: _____
Assistant District Attorney

A copy of this motion was delivered to the Defendant on the _____ day of _____ A.D., 20__

_____
CSO

I received a copy of this motion on the _____ day of _____ A.D., 20__.

ML#:   C-370402

_____
Defendant

**1 of 2**

CAUSE NO.: F1416427P                      203RD JDC

THE STATE OF TEXAS                DALLAS COUNTY, TEXAS

VS.
LARRY LAMONT BORNER           January     TERM, 2015

## MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

(r)    LARRY LAMONT BORNER failed to participate in THE DALLAS COUNTY JUDICIAL TREATMENT CENTER PROGRAM, LANCASTER, TX and failed to comply with all rules and regulations, attending all sessions and continuing in the program until successfully released from the Program or until the Court released the defendant from the program in that he was unsuccessfully discharged on 3-18-15 for cardinal rule violation of receipt, concealment, and use (smoking) of an illegal substance, as well as chronic rule noncomplaince.

THE STATE OF TEXAS

VS. . Larry Bomer

CAUSE NO. F 141 64227 .

203rd DISTRICT COURT

DALLAS COUNTY, TEXAS

## PLEA AGREEMENT (MOTION TO REVOKE OR ADJUDICATE)

TO THE HONORABLE JUDGE OF SAID COURT:
The defendant herein and the attorneys for both the defendant and the State make the following agreement:

| | | |
|---|---|---|
| Defendant's Plea: | [X] True | |
| Type of Plea: | [ ] Plea bargain | [X] Open plea |
| Open as to: | | |

Agreed sentence:
[ ] Confinement in [ ] penitentiary [ ] state jail [ ] county jail for _____ [ ] years [ ] months [ ] days
[ ] Post-conviction community supervision, confinement, probated for _____ [ ] years [ ] months [ ] days
[ ] Extend community supervision from _____ to _____
[ ] Boot Camp [ ] Shock Probation [ ] Substance Abuse Felony Program
[ ] CENIKOR [ ] Judicial Treatment Center [ ] Dallas County Jail Chemical Dependency Program
[ ] Defendant will sign waiver of extradition [ ] Defendant knowingly and voluntarily waives appeal
[ ] Defendant will testify      [ ] Defendant will not testify
[ ] Other: _____
[ ] Back-time included: _____      [ ] Back-time NOT included

### COURT'S ADMONITIONS TO DEFENDANT

You have an absolute right to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. If you do testify anything you say can and will be used in evidence against you. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. You have the right to be represented by an attorney. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for the hearing. If you are on unadjudicated community supervision, are found to have violated a condition of community supervision, and your guilt is adjudicated by the Court, no appeal may be taken from the Court's decision, and the court may assess your punishment anywhere within the range provided by law for the offense. If the punishment assessed by the Court is not greater than that which you have plea-bargained you may not appeal on any matter in the case unless the Court grants permission for the appeal, or the matters appealed were raised by written motion filed and ruled on before the plea. After adjudication of guilt, all proceedings, including assessment of punishment, pronouncement of sentence, the granting of community supervision, and an appeal, then continue as if adjudication of guilt had not been deferred.

### DEFENDANT'S STATEMENTS AND WAIVERS

In open court, and with the approval of counsel, defendant makes the following statements and waivers. I am the person named as the accused in the State's motion and am the same person who was previously placed on community supervision in this cause. I am mentally competent. I understand the nature of the accusation made against me, the range of punishment of the offense I was placed on community supervision for, and the consequences of a plea of true. I understand that I have the right to remain silent, that anything I say can and will be used against me, and that I have the right to confront and cross-examine the witness against me.

I hereby waive any and all defects, errors, or irregularities, whether of form or substance, in the State's motion, and waive my right to remain silent. I waive arraignment and reading of the State's motion, the appearance, confrontation, and cross-examination of witnesses, and my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed). I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence. I affirm that my plea, judicial confession, and stipulation of evidence are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand that if I am continued on community supervision in this case and I am charged with a violation of my community supervision and arrested in another state, under the Uniform Extradition Act I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[ ] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

In my judicial confession and stipulation which follows, I incorporate by reference the allegations made against me in the motion now being heard by the Court.

## DEFENDANT'S JUDICIAL CONFESSION AND STIPULATION OF EVIDENCE

I, the defendant herein, judicially confess and stipulate in open court that on the 8 -day of August , 2014 I was placed on community supervision in this case for a period of 3 [✓] years [ ] months [ ] days, that I received a copy of my conditions of community supervision, that they were explained to me, and that I understood them, and that while on community supervision, I violated the conditions of my community supervision as follows: R (COP letter violated).

[ ] I committed the criminal offense (or offenses) as alleged in the State's motion.
[ ] I failed to report to the supervision officer as directed, as alleged in the State's motion, though I was able to report and could have reported
[ ] I failed to pay the following, as alleged, though able to do so: [ ] Community supervision fees
    [ ] Restitution      [ ] Court-appointed attorney fees      [ ] Fine
    [ ] Court Costs      [ ] Drug testing fees      [ ] Other _____
[ ] I used a controlled substance or narcotic, and failed urinalysis, as alleged.
[ ] I failed to attend Alcoholics Anonymous or Narcotics Anonymous as directed.
[ ] I failed to obtain an alcohol or drug evaluation as directed.
[✓] I failed to obtain and/or complete, as I was directed:
    [✓] Drug Treatment      [ ] Drug aftercare treatment      [ ] Psychological evaluation and/or counseling
               [ ] G.E.D.
    [ ] Other: _____
[ ] I failed to perform community service as directed
[ ] I committed these further violations, as alleged in the State's motion: _____

## SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

3-25-15
Date

Defendant

Larry Borner
Printed Name

SUBSCRIBED AND SWORN BEFORE ME, the undersigned authority, by the defendant on this the 25
day of March , 20 15

FELICIA PITRE District Clerk

By: _____
Deputy

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/ her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

3/25/2015
Date

24032727
State Bar Number

Attorney for Defendant

Muka McIntosh
Printed Name

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

3/25/15
Date

24070583
State Bar Number

SUSAN HAWK, Criminal District Attorney, Dallas County

Assistant District Attorney

Ryan Seace
Printed Name

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony.

3/25/15
Date

Judge

THE STATE OF TEXAS

VS.

LARRY LAMONT BORNER

CAUSE NO. F __14-16427__ -P

JUDICIAL 203rd__ DISTRICT COURT ___

DALLAS COUNTY, TEXAS

## ORDER DENYING MOTION TO REVOKE COMMUNITY SUPERVISION

On this the 25th day of March A. D. 2015 came on to be heard the State's Motion to Revoke. The Court, having considered said motion, finds that same should be denied and defendant LARRY LAMONT BORNER, is to be continued on probation.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED BY THE COURT** that, the State's Motion to Revoke be and the same is hereby denied and defendant, LARRY LAMONT BORNER, is to be continued on probation in the above numbered cause.

JUDGE,    JUDICIAL 203rd    DISTRICT COURT
DALLAS COUNTY, TEXAS

By _____

Deputy

In Custody? __yes__

658/478

# ORDER MODIFYING
# THE CONDITIONS OF COMMUNITY SUPERVISION

THE STATE OF TEXAS                          203RD JDC

VS.                                         DALLAS COUNTY, TEXAS

LARRY LAMONT BORNER                         January        TERM, 2015

CAUSE NO(s): F1416427P

In accordance with the authority conferred by the Community Supervision law of the State of Texas, the Conditions of Community Supervision in the above numbered Cause(s) are hereby modified by the Court to require the following:

(s)    Defendant shall participate for an indeterminate term of confinement and treatment of not less than 90 days or more than twelve months in the Substance Abuse Felony Punishment Facility (SPECIAL NEEDS) Operated by the Institutional Division of the Texas Department of Criminal Justice as developed by the Texas Commission on Alcohol and Drug Abuse under the code of Criminal Procedure, Article 42.12, Sec. 14(d), and shall comply with all rules and regulations, attending all sessions and continuing in the program until successfully released from the Program or until the Court releases the defendant from the Program;   (SPECIAL NEEDS)

(t)    Defendant shall participate in a drug/alcohol continuum of care treatment plan as developed by the Texas Commission on Alcohol and Drug Abuse under the code of Criminal Procedure, Article 42.12, Sec. 14(d), for defendant's who are released from the Substance Abuse Felony Punishment Facility, and the defendant will adhere to all rules and regulations of said treatment plan until discharged by the staff of the continuum of care program with the concurrence of the Dallas County SAFPF Coordinator.  To be completed as out-patient aftercare treatment;

The Court has the authority at any time during the period of Community Supervision to revoke or proceed to adjudication for violation of any of the conditions of Community Supervision as set forth above.

SIGNED THIS ___25th___ DAY OF _____March_____, 20_15_

_____
JUDGE TERESA HAWTHORNE

Witness our signature this the ___25th___ day of _____March_____, 20_15_

_____          _____
COURT/SUPERVISION OFFICER                PROBATIONER

ML#: __0-370402__

1 of 1

Cause No. F14 16427

THE STATE OF TEXAS        §        IN THE 203RD
VS.                       §        DISTRICT COURT
Larry Borner               §        DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____                      5/25/2015
Judge                                        Date Signed

FILED 2015 MAR 25 AM 10: 15

        I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Larry Borner
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any):

_____
Defendant's Counsel
State Bar No.: 24032724
Mailing Address: 1910 Pacific Ave
Suite 6050
Telephone #:    Dallas TX 75201
Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).



CASE NO. F-1416427-P
INCIDENT NO./TRN: 917657282X

| THE STATE OF TEXAS | § | IN THE 203rd JUDICIAL DISTRICT |
|---|---|---|
| | § | |
| V. | § | COURT |
| | § | |
| LARRY LAMONT BORNER | § | DALLAS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX07176266 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. **Teresa Hawthorne** | Date Judgment Entered: | **8/18/2014** |
|---|---|---|---|
| Attorney for State: | **Ryan Searcey** | Attorney for Defendant: | **Nathan Kight** |

Offense for which Defendant Convicted:
**UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE, TO-WIT:  COCAINE**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **481.115 Health and Safety Code** |

Date of Offense:
**3/18/2014**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **STATE JAIL FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**2 YEARS STATE JAIL PROBATED TO 3 YEARS, FINE $1500.00**

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Date Sentence Imposed: | **8/18/2014** | Date Sentence to Commence: | **8/18/2014** |
|---|---|---|---|

| Punishment and Place of Confinement: | **2 YEARS STATE JAIL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☒ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **3 YEARS.**

| Fine: **TIME SERVED** | Court Costs: TIME SERVED | Restitution: | Restitution Payable to: |
|---|---|---|---|
| **$ 1500.00** | **$ 309.00** | **$ N/A** | (see below) ☐ AGENCY/AGENT ☐ VICTIM |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | | | | |
|---|---|---|---|---|---|---|
| | From | to | From | to | From | to |
| | From | to | From | to | From | to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | | | | |
| | **N/A DAYS** NOTES: N/A | | | | | |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Dallas County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, State Jail Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☐ The Court ORDERS Defendant's sentence EXECUTED.

☒ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

DEFENDANT IS TO SERVE 30 DAYS COUNTY JAIL START 8/18/14 AS A CONDITION OF PROBATION.

**Signed and entered on August 18, 2014**

X _____

Teresa Hawthorne
JUDGE PRESIDING

Clerk: C. HAMILL

*Thumbprint Certification attached.

BORNER, LARRY 14-16427

## CONDITIONS OF COMMUNITY SUPERVISION

THE STATE OF TEXAS

vs.

LARRY LAMONT BORNER
Probation Type: REGULAR(2/3)
Cause No.:
F1416427P

IN THE 203RD JDC
DALLAS COUNTY, TEXAS

July            TERM, 2014

ML. No.: C-370402
Offense:
POSS CS PG 1 <1G
(STATE JAIL)

In accordance with the authority conferred by the Community Supervision and Parole Law of the State of Texas you have been placed on Community Supervision on this date 8/18/2014 for a period of __3__ years . It is the order of this Court that you comply with the following conditions of supervision:

**Please see attached list of conditions of Community Supervision**

You are hereby advised that under the law of this State, the Court shall determine the terms and conditions of your supervision, and may at any time during the period of Supervision, alter or modify the conditions of your Supervision. The Court also has the authority at any time during the period of Supervision to revoke your Supervision and /or proceed to adjudication for violation of any of the conditions of your Supervision set out above.

Witness our Signatures this 18TH DAY OF AUGUST 2014 A.D.                                    .

_____
Defendant

_____
Court Supervision Officer

_____
Judge

# CONDITIONS OF COMMUNITY SUPERVISION

THE STATE OF TEXAS

Vs.

LARRY LAMONT BORNER
Probation Type: REGULAR
Cause No.:

F1416427P

IN THE 203RD JDC
DALLAS COUNTY, TEXAS

July    TERM, 2014

ML. No.: C-370402
Offense:

POSS CS PG 1 <1G

(a) Commit no offense against the laws of this or any other State or the United States, and do not possess a firearm during the term of Supervision;

(b) Avoid injurious and vicious habits, and do not use marijuana, narcotics, dangerous drugs, inhalants or prescription medication without first obtaining a prescription for said substances from a licensed physician;

(c) Avoid persons or places of disreputable or harmful character and do not associate with individuals who commit offenses against the laws of this State or the United States;

(d) Obey all rules and regulations of the Supervision Department, and report in the manner and time as directed by the Judge or Supervision Officer, to-wit: Monthly, Twice Monthly or Weekly: L L L

(e) Permit the Supervision Officer to visit you at your home or elsewhere, and notify the Supervision Officer not less than twenty-four (24) hours prior to any changes in your home or employment address;

(f) Work faithfully at suitable employment as far as possible, and seek the assistance of the Supervision Officer in your efforts to secure employment when unemployed;

(g) Remain within a specified place; to-wit: Dallas County, Texas, or Approved Supervising County, and do not travel outside Dallas County, or Approved Supervising County, without first having obtained written permission from the Court or Supervising Officer;

(h) Report in person immediately upon your release to the District Clerk Felony Collections Dept. 2nd Fl., Room C2-3 Frank Crowley Bldg., to arrange payment of Court Costs (amount to be assessed by Court Clerk), Fine, and, if assessed Attorney Fees. In addition, pay in full all monies as assessed by the Court pursuant to the payment agreement established by the Felony Collections Department.

(i) Support your dependants;

(j) Pay a Supervision fee of $20.00 per month plus a $2.00 transaction fee to the Supervision Officer of this Court on or before the first day of each month hereafter during Supervision; money order, cashiers check or credit card online at www.payfeesnow.com;

(k) Participate in the Community based program, Dallas Area Crime Stoppers Inc., by making a monetary contribution of $50.00 payable through the Community Supervision Officer of this Court as directed within 90 days of being placed on Community Supervision;

(l) First contact to the Volunteer Center must be made by the defendant within 30 days from referral and defendant is to start 00 hours of Community

# CONDITIONS OF COMMUNITY SUPERVISION

THE STATE OF TEXAS

Vs.

LARRY LAMONT BORNER
Probation Type: REGULAR
Cause No.:
F1416427P

IN THE 203RD JDC
DALLAS COUNTY, TEXAS

July      TERM, 2014

ML. No.: C-370402
Offense:
POSS CS PG 1 <1G

Service at an approved Community Service Project or projects designated by the Community Supervision and Corrections Department. A processing fee of $55.00 payable to the Volunteer Center, will be required for referrals through the Volunteer Center. Hours of service to be completed by term of Supervision;

(m)     Report as directed to the Community Supervision and Corrections Department Comprehensive Assessment and Treatment Services program (C.A.T.S), Frank Crowley Bldg., 133 N. Riverfront Blvd., 9th floor, Dallas TX 75207, obey all program instructions and/or treatment for Substance Abuse and/or Psychological Health; and continue with such adherence until release is granted by the program or the Court. Pay any costs assessed by CATS in accordance with program guidelines. (Reporting hours are from 8:00 a.m. until 5:00 p.m.)

(n)     Submit a non-diluted random urine sample and/or medical test at the request of the Supervision Officer to determine the use of illicit drugs or alcohol, paying the total cost of such urinalysis of $200.00 payable at $10.00 monthly to the Community Supervision and Corrections Department;

(o)     Submit as directed, a buccal swab specimen to the Department of Public Safety under Sub-Chapter G, Chapter 411, Government Code, for the purpose of creating a DNA record of the defendant (Article 42.12 & 11(a)(22);    All costs incurred are to be paid by the Defendant;

(p)     Submit to a period of detention in the Dallas County Jail for a term of 30 days commencing August 18, 2014 ;

(q)     Reimburse the law enforcement agency for drug analysis costs in the amount of $ 135.55 payable to the Dallas County C.S.C.D. at the rate of $10.00 per month due on or before the 1st day of each month hereafter until paid in full;

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

**THE STATE OF TEXAS**

CAUSE NO. F _141642? - P_

**VS.**

_203_ **DISTRICT COURT** ____

_Larry Borne_

**DALLAS COUNTY, TEXAS**

**RIGHT THUMB**

**DEFENDANT'S** _R_ **HAND**

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _18_ DAY OF _Aug_ , 20 _14_ .

_____
**BAILIFF/DEPUTY SHERIFF**

\*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:

_____ **LEFT THUMBPRINT**           _____ **LEFT/RIGHT INDEX FINGER**

_____ **OTHER,** _____

SIGNED AND ENTERED ON THIS _18_ DAY OF _Aug_ , 20 _14_ .

_____
**PRESIDING JUDGE**